George A. **STATEN, Plaintiff– Appellant,**

v.

**Kenneth S. APFEL, Commissioner of Social Security, Defendant– Appellee.**

No. 01–1114.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 18, 2001.

George A. Staten, pro se. Fenita Morris Shepard, Office of the United States Attorney, Raleigh, NC, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

George A. Staten appeals the district court's order dismissing his civil complaint, in which he sought a refund of all taxes paid into the Social Security system. We have reviewed the record and the district court's opinion and find no reversible error. Suits of this type are expressly prohibited under 42 U.S.C.A. § 405(h) (West2000).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Moreover, even assuming Staten could bring this action, the Internal Revenue Service, which collects Social Security taxes, would be the proper Defendant, not the Social Security Administration.